AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Fitzgerald, Et al.
_____
Plaintiff
v.                                    Civil Action No. 1:14-cv-01471

Federal Transit Administration et al.
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Attorney For the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Brown, Esq.
Knopf & Brown
401 E. Jefferson Street
Suite 206
Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ~~XXXXXXX~~ 09/09/2014          /s/Jackie Francis
_____     _____
                                       *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Fitzgerald, Et al. )
_____ )
Plaintiff )
v. ) Civil Action No. 1:14-cv-01471
)
Federal Transit Administration et al. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David W. Brown, Esq.
    Knopf & Brown
    401 E. Jefferson Street
    Suite 206
    Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 8/27/14             /s/Jackie Francis
                                                             *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Fitzgerald, Et al.
_____
Plaintiff
v.                                    Civil Action No. 1:14-cv-01471
Federal Transit Administration et al.
_____
Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Department of the Interior
c/o Sally Jewell, Secretary
1849 C Street, NW
Washington, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Brown, Esq.
Knopf & Brown
401 E. Jefferson Street
Suite 206
Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: XX/XX/XXXX 09/09/2014            /s/Jackie Francis
                                       _____
                                       *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Fitzgerald, Et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:14-cv-01471 |
| Federal Transit Administration et al. | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federal Transit Administration
c/o Therese W. McMilliam
Acting Administrator
1200 New Jersey Avenue, SE
Washington, DC  20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Brown, Esq.
Knopf & Brown
401 E. Jefferson Street
Suite 206
Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: ~~8/27/14~~ 09/09/2014         /s/Jackie Francis
                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Fitzgerald, Et al.
_____
*Plaintiff*

v.   Civil Action No. 1:14-cv-01471

Federal Transit Administration et al.
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Department of Transportation
c/o Anthony Foxx, Secretary
1200 New Jersey Avenue, SE
Washington, DC  20590

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Brown, Esq.
Knopf & Brown
401 E. Jefferson Street
Suite 206
Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: ~~8/22/14~~ 09/09/2014   /s/Jackie Francis
_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Fitzgerald, Et al.
_____
Plaintiff
v.                                    Civil Action No. 1:14-cv-01471
Federal Transit Administration et al.
_____
Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Fish and Wildlife Service
c/o Daniel M. Ashe, Director
1859 C Street, NW
Washington, DC  20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Brown, Esq.
Knopf & Brown
401 E. Jefferson Street
Suite 206
Rockville, MD  20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ~~8/27/14~~ 09/09/2014          /s/Jackie Francis
                                      *Signature of Clerk or Deputy Clerk*

