CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Fitzgerald, et al.
_____
Plaintiff(s)

Civil Action No. 1:14-cv-01471 RJL

vs.

Federal Transit Administration, et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, David W. Brown_____, hereby state that:

On the __15th__ day of __December__, __2014__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

        U.S. Attorney General
        c/o Tyler Burgess, Esq.
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

I have received the receipt for the certified mail, No. 7012 3050 0000 9650 5465 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __16th__ day of __December__, __2014__.

I declare under penalty of perjury that the foregoing is true and correct.

12/18/2014
_____
(Date)

_(signed)_ David W. Brown
_____
(Signature)
David W. Brown #415426
Knopf & Brown
401 E. Jefferson St., Ste. 206
Rockville, MD
301-545-6100

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br><br>C. Signature<br>X                                          ☐ Agent<br>                                                 ☐ Addressee |
| 1. Article Addressed to:<br><br>US Atty Gen.<br>c/o Tyler Burgess, Esq.<br>950 Pennsylvania Ave NW<br>Wash DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>DEC 18 '14 |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*           ☐ Yes |
| 2. Article Number *(Copy from s...)*  5945 0596 0000 0503 2702 | |

PS Form 3811, July 1999        Domestic Return Receipt                   102595-00-M-0952