CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Fitzgerald, et al.
Plaintiff(s)

vs.

Civil Action No. 1:14-cv-01471 RJL

Federal Transit Administration, et al.
Defendant(s)

### AFFIDAVIT OF MAILING

I, David W. Brown, hereby state that:

On the 15th day of December, 2014, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, addressed to the following defendant:

> U.S. Fish and Wildlife Service
> c/o Daniel M. Ashe, Director
> 1849 C Street, NW
> Washington, DC  20240

I have received the receipt for the certified mail, No. 7013 2250 0000 0763 3034 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 15th day of December, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

12/18/2014
(Date)

*/s/ David W. Brown*
(Signature)
David W. Brown #415426
Knopf & Brown
401 E. Jefferson St., Ste. 206
Rockville, MD
301-545-6100

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_(illegible)_  12-15-14 |
| 1. Article Addressed to:<br><br>US Fish + Wildlife<br>c/o Daniel Ashe, Dir.<br>1849 C St, NW<br>Wash, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 2250 0000 0763 3034 |

PS Form 3811, July 2013   Domestic Return Receipt