UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE CAPITAL CRESCENT TRAIL, *et al.*

    Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION, *et al.*

    Federal Defendants.

v.

STATE OF MARYLAND,

    Defendant-Intervenor.

Civil Case No. 14-01471 (RJL)

**FILED**
AUG - 3 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(August 3, 2016) [Dkts. ##47, 54, 56]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiffs' motion for summary judgment is **GRANTED IN PART**, and federal defendants' and defendant-intervenors' cross-motions for summary

judgment are **DENIED IN PART**; and it is further

**ORDERED** that the Record of Decision ("ROD") approving the Purple Line is hereby **VACATED AND REMANDED** for the reasons set forth in the accompanying Memorandum Opinion; and it is further

**ORDERED** that the defendants prepare a supplemental Environmental Impact Statement ("SEIS") as expeditiously as possible and in accordance with the accompanying Memorandum Opinion.

**SO ORDERED.**

                                                RICHARD J. LEON
                                                United States District Judge